IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTEO TEXCA, JORGE DELGADO, EUSEBIO RODRIGUEZ, PEDRO RODRIGUEZ, JESUS RANGEL, NOE RANGEL, and CRESCENCIO RANGEL, | ) ) ) ) ) | |
| | ) | Case No. 15 CV 5686 |
| Plaintiffs, | ) ) | Judge Gary Feinerman |
| v. | ) ) | Magistrate Judge Susan Cox |
| DONALD E. MILLER d/b/a MILLER PAINTING & DECORATING, | ) ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Timoteo Texca, Jorge Delgado, Eusebio Rodriguez, Pedro Rodriguez, Jesus Rangel, Noe Rangel, and Crescencio Rangel and Defendant Donald E. Miller d/b/a Miller Painting & Decorating, having resolved this matter, stipulate to the voluntary dismissal of this lawsuit without prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: December 15, 2015

s/Lydia Colunga-Merchant
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Dept.
1 N. LaSalle, Suite 1275
Chicago, IL 60602

*Attorney for Plaintiffs*

s/ *Mark J. Rose*
Mark J. Rose
Law Offices of Mark J. Rose
200 W. Adams St., Suite 2850
Chicago, IL 60606

*Attorney for Defendant*